IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| OFFICE OF THE ATTORNEY GENERAL, STATE OF FLORIDA, DEPARTMENT OF LEGAL AFFAIRS,<br><br> *Plaintiff*,<br><br>v.<br><br>SNAP, INC.,<br><br> *Defendant*. | Case No. 3:25-cv-676-TKW-HTC |

## NOTICE OF APPEARANCE

 Attorney David H. Thompson, of Cooper and Kirk, PLLC, hereby appears as counsel for Plaintiff Office of the Attorney General, State of Florida, Department of Legal Affairs, and requests that all correspondence, pleadings, and papers be served upon him at the address below.

Dated: May 30, 2025　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　/s/ David H. Thompson
　　　　　　　　　　　　　　　　　　David H. Thompson
　　　　　　　　　　　　　　　　　　COOPER & KIRK, PLLC
　　　　　　　　　　　　　　　　　　1523 New Hampshire Avenue, N.W.
　　　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　　　Tel: (202) 220-9600
　　　　　　　　　　　　　　　　　　Fax: (202) 220-9601
　　　　　　　　　　　　　　　　　　dthompson@cooperkirk.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2025, I caused a true and correct copy of the foregoing Notice of Appearance to be electronically filed with the Clerk of the Court using CM/ECF and to be served via electronic mail upon the following counsel as indicated below:

| | |
|---|---|
| Alfred Benjamin Gordon, III<br>Anne Nicole Izzo<br>ANCHORS GORDON PA<br>2113 Lewis Turner Blvd., Suite 100<br>Fort Walton Beach, FL 32547<br>850-863-1974<br>bgordon@anchorsgordon.com<br>aizzo@anchorsgordon.com | Lazaro Fields<br>CONTINENTAL PLLC<br>101 N Monroe Street<br>Suite 750<br>Tallahassee, FL 32301<br>850-332-0702<br>LFields@ContinentalPLLC.com |
| Katherine Booth Wellington<br>Reedy Swanson<br>HOGAN LOVELLS US LLP<br>555 13th St NW<br>Washington, DC 20004-1109<br>202-637-5600<br>katherine.wellington@hoganlovells.com<br>reedy.swanson@hoganlovells.com | Christopher M Kise<br>CHRIS KISE & ASSOCIATES<br>201 East Park Avenue, 5th Floor<br>Tallahassee, FL 32301<br>850-933-4913<br>chris@ckise.net |

*Counsel for Defendant*

Respectfully submitted,

/s/ David H. Thompson
David H. Thompson