IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

OFFICE OF THE ATTORNEY GENERAL,
STATE OF FLORIDA, DEPARTMENT OF
LEGAL AFFAIRS,

    *Plaintiff*,

v.                                        Case No.: 3:25cv676-MW/HTC

SNAP INC.,

    *Defendant.*
_____/

**ORDER DENYING PLAINTIFF'S MOTION
FOR TEMPORARY INJUNCTION**

This Court has considered, without hearing, Plaintiff's motion for temporary injunction and attached exhibits, ECF No. 27, and Defendant's response in opposition, ECF No. 32. Plaintiff seeks an injunction enjoining Defendant from allowing certain Florida youth to hold accounts on its platform in violation of section 501.1736, Florida Statutes ("H.B. 3"). But a prerequisite to temporary injunctive relief is a substantial likelihood of success on the merits. *See Ferrero v. Associated Materials, Inc.*, 923 F.2d 1441, 1448 (11th Cir. 1991). And this Court has already found that H.B. 3 is likely unconstitutional and enjoined its enforcement in related litigation. *Comput. & Commc'ns Indus. Ass'n v. Uthmeier*, 2025 WL 1570007, *19–21 (N.D. Fl. June 3, 2025). Plaintiff therefore cannot establish a substantial

likelihood of success on the merits of its H.B. 3 claim. Accordingly, Plaintiff's motion for temporary injunction, ECF No. 27, is **DENIED**.

    **SO ORDERED on August 13, 2025.**

                                    <u>s/Mark E. Walker</u>
                                    **United States District Judge**